IN THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IN RE THE MATTER OF: ) | |
| ) | CHAPTER 13 |
| ) | |
| Timothy W. Meloy and ) | |
| Renita Meloy ) | |
| ) | CASE NO.08-31790 |
| Debtor(s). ) | |

### Objection to Modification

COME NOW the Debtors, by and through attorney, and hereby file an objection to the trustees motion to modify the plan and for grounds would state:

1. The modification to the plan is necessary due to the creditor, Americredit failing to credit the claim following the repossession of the Kia motor vehicle and if a proper credit is given, a modification may not be necessary. The Debtor has filed an objection to the claim of Americredit.

WHEREFORE, the premises considered, the Debtors object to **Claim 5 of Americredit and request that the claim be reduced to 0.**

DONE this day: April 12, 2010.

        /s/Richard D. Shinbaum
        Richard D. Shinbaum
        Attorney for the Debtor

Of Counsel:

Shinbaum, McLeod and Vann, P.C.
Post Office Box 201

Montgomery, Alabama 36101
(334) 269-4440

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the above foregoing Objection on all parties listed below by mailing a copy of the same to them on this day: April 12, 2010.

Hon. Curtis C. Reding
Trustee in Chapter 13
P.O. Box 173
Montgomery, Alabama 36101

AMERICREDIT
P O BOX 183853
ARLINGTON TX 76096

                                        /s/ Richard D. Shinbaum
                                        Richard D. Shinbaum