IN THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| IN RE THE MATTER OF: | ) | |
|---|---|---|
| | ) | CHAPTER 13 |
| | ) | |
| Timothy W. Meloy and | ) | |
| Renita Meloy | ) | |
| | ) | CASE NO.08-31790 |
| Debtor(s). | ) | |

**Objection to Claim 5 of Americredit**

**PURSUANT TO LBR 3007-1, THE COURT WILL TAKE THIS OBJECTION UNDER ADVISEMENT AND RULE, WITHOUT FURTHER NOTICE OR HEARING, UNLESS THE CLAIMANT FILES WITH THE COURT, WITH SERVICE UPON THE OBJECTING PARTY, A RESPONSE WITHIN 30 DAYS OF SERVICE OF THIS OBJECTION.**

COME NOW the Debtors, by and through attorney, and hereby file an objection to the Objection to **Claim 5 of Americredit** and as grounds for said Objection will state as follows:

1. On, to wit, the 8th day of September, 2008, the Debtor filed a chapter 13 case listing Americredit as a creditor secured by a Kia Rio, which was surrendered in the debtors plan.

2. The creditor filed a proof of claim for the amount of $15,063.18 and has never reduced the claim for the cost of proceeds of the sale of the vehicle.

3. The Debtor is due a credit for the proceeds of the sale of the vehicle and the claim is due to be reduced..

WHEREFORE, the premises considered, the Debtors object to **Claim 5 of Americredit and request that the claim be reduced to 0.**

DONE this day: April 12, 2010.

/s/Richard D. Shinbaum
Richard D. Shinbaum

Attorney for the Debtor

Of Counsel:

Shinbaum, McLeod and Vann, P.C.
Post Office Box 201
Montgomery, Alabama 36101
(334) 269-4440


## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above foregoing Objection on all parties listed below by mailing a copy of the same to them on this day: April 12, 2010.

Hon. Curtis C. Reding
Trustee in Chapter 13
P.O. Box 173
Montgomery, Alabama 36101

AMERICREDIT
P O BOX 183853
ARLINGTON TX 76096

                                        /s/ Richard D. Shinbaum
                                        Richard D. Shinbaum